**No. 48517.**—Protests 29843–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise in question consists of 3-tube horns composed in chief value of base metal, not plated, and that they are similar to the merchandise involved in Abstract 40185.   In accordance therewith the claim at 45 percent under paragraph 397 was sustained.

**No. 48518.**—Protest 28403–K of Sprouse-Reitz Co., Inc. (Portland, Oreg.).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of Abstracts 42749 and 47546 the dime banks in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 48519.**—Protests 63661–K, etc., of Hing Wah Tai & Co. et al. (San Francisco).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as that involved in Abstract 41800, which record was incorporated herein.   In accordance therewith the claim at 25 percent under paragraph 718 (b) was sustained.

**No. 48520.**—Protest 91918–K of Samuel S. Perry (Seattle).

Opinion by COLE, J.   From an examination of the official papers nothing was found to warrant disturbing the classification of the collector, which was held presumptively correct.   The protest was therefore overruled.

BEFORE THE THIRD DIVISION, JULY 8, 1943

**No. 48521.**—Protest 98973–K of Chesebro, Robbins & Graham, Inc. (New York).

Opinion by CLINE, J.   Frozen frogs' legs were stipulated to be similar to those the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610).   The claim at 10 percent under paragraph 1558, less 20 percent under T. D. 47232, was sustained.